| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Todd C. Ringstad<br>Ringstad & Sanders LLP<br>23101 Lake Center Dr<br>Ste 355<br>Lake Forest, CA 92630<br><br>949−851−7450<br><br>*Plaintiff or Attorney for Plaintiff* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA − SANTA ANA**

| | |
|---|---|
| In re:<br><br>Romel Kfoury<br><br>Debtor(s). | CASE NO.: 8:26−bk−12156−SC<br><br>CHAPTER: 7<br><br>ADVERSARY NUMBER: 8:26−ap−01086−SC |
| Thomas H. Casey<br><br>Plaintiff(s)<br>Versus<br>Romel Nassif Kfoury<br><br>**(See Attachment A for names of additional defendants)**<br>Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004−1]** |

TO THE DEFENDANT(S): A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left−hand corner of this page. The deadline to file and serve a written response is **09/11/2026.** If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:

| | |
|---|---|
| **Date:** | **October 27, 2026** |
| **Time:** | **01:30 PM** |
| **Hearing Judge:** | **Scott C Clarkson** |
| **Location:** | **411 W Fourth St., Crtrm 5C, Santa Ana, CA 92701** |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**You must comply with LBR 7016−1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court−approved joint status report form is available on the court's website (LBR form F 7016−1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016−1.STATUS.REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

**KATHLEEN J. CAMPBELL**
**CLERK OF COURT**

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: August 12, 2026

By: "s/" Nickie Bolte
Deputy Clerk



Case 8:26-ap-01086-SC Doc 1 Filed 08/12/26 Entered 08/12/26 11:17:33 Desc
Main Document Page 3 of 4

# ATTACHMENT A
## Names of plaintiffs and defendants

| **Plaintiff(s):** | **Defendant(s):** |
|---|---|
| Thomas H. Casey | Romel Nassif Kfoury<br>Nanour Garabet Kfoury<br>Romel Nassif Kfoury, as Co−Trustee<br>Nanour Garabet Kfoury, as Co−Trustee<br>Nanour Kfoury, as Trustee |

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 23101 Lake Center Drive, Suite 355, Lake Forest, CA 92630

A true and correct copy of the foregoing document entitled (*specify*): **(1) SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]; AND (2) the accompanying pleading entitled: COMPLAINT FOR: 1. AVOIDANCE AND RECOVERY OF INTENTIONAL FRAUDULENT TRANSFER [California Civil Code Section 3439.04]; 2. AVOIDANCE AND RECOVERY OF INTENTIONAL FRAUDULENT TRANSFER [11 U.S.C. Section 548(a)(1)(A)]; 3. AVOIDANCE AND RECOVERY OF CONSTRUCTIVE FRAUDULENT TRANSFER [California Civil Code Section 3439.04 and 3439.05]; 4. AVOIDANCE AND RECOVERY OF CONSTRUCTIVE FRAUDULENT TRANSFER [11 U.S.C. Section 548(a)(1)(B)]; 5. RECOVERY AND PRESERVATION OF AVOIDED TRANSFER AND OTHER AVAILABLE REMEDIES [California Civil Code Section 3439.07; 11 U.S.C. §§ 550 and 551]; 6. QUIET TITLE [California Code of Civil Procedure §781.010(a),** ***et seq.*****]; and (3) EARLY MEETINGOF COUNSEL AND STATUS CONFERENCE INSTRUCTIONS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On August 13, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Thomas H Casey (TR)** msilva@tomcaseylaw.com, thc@trustesolutions.net
- **Todd C. Ringstad** becky@ringstadlaw.com, arlene@ringstadlaw.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On August 13, 2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Defendants:
Nanour Garabet Kfoury, Individually
Nanour Garabet Kfoury, Co-Trustee
The Kfoury Family Living Trust
Nanour Kfoury, Trustee
The Nanour Kfoury Revocable Trust
17853 Santiago Blvd., Ste. 107-319
Villa Park, CA 92861-4199

Defendants:
Nanour Garabet Kfoury, Individually
Nanour Garabet Kfoury, Co-Trustee
The Kfoury Family Living Trust
Nanour Kfoury, Trustee
The Nanour Kfoury Revocable Trust
17991 Alta Drive
Villa Park, CA 92861-1201

Defendants:
Nanour Garabet Kfoury, Individually
Nanour Garabet Kfoury, Co-Trustee
The Kfoury Family Living Trust
Nanour Kfoury, Trustee
The Nanour Kfoury Revocable Trust
2006 W. La Palma Avenue
Anaheim, CA 92801

Debtor and Defendant:
Romel Nassif Kfoury, Individully
Romel Nassif Kfoury, Co-Trustee
The Kfoury Family Living Trust
2006 W. La Palma Avenue
Anaheim, CA 92801

Debtor's Counsel:
Patricia Carolina Saucedo
Castellanos Law Group APC
100 N. Barrance Ave., 7th Fl.
West Covina, CA 91791

Judge's copy:
Honorable Scott C. Clarkson
U.S. Bankruptcy Court
411 W. Fourth St., Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 13, 2026 | Becky Metzner | */s/ Becky Metzner* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |